# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MARKHAM,<br><br>       Plaintiff,<br><br>       v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>       Defendant. | Case No.: 1:18-cv-00303 LJO JLT<br><br>AMENDED SCHEDULING ORDER<br>(Fed. R. Civ. P. 16)<br><br>Merits Briefing:<br>    Opening Brief:  9/20/2018<br>    Defendant's response:  12/7/2018<br>    Reply brief:  2/8/2019<br>    Hearing: 4/2/2019, 8:30 a.m., Courtroom 4 |

## I.      Date of Scheduling Conference

August 16, 2018.

## II.     Appearances of Counsel

Andrea Marcus appeared on behalf of Plaintiffs.

Kyle Holmes appeared on behalf of Defendant.

## III.    Administrative Record

The parties agree the administrative record need not be lodged.  Rather, the parties will file the

pertinent excerpts **UNDER SEAL[1]** with their merits briefs. The parties agree that they may cite to

these excerpts as they would if the entire record had been lodged and agree the excerpts used are

---

[1] The Court finds that redaction of the exhibits would be impractical due to the nature of the records and the extent of the needed redactions.  (Fed.R.Civ.P. 26(c).)  However, the records contain information contained in the record is highly sensitive and is deserving of confidentiality.  Thus, the Court finds a compelling need for the information contained in the record to remain private.

1  authentic.

2  **IV.     Merits Briefing**

3         Plaintiff's opening brief related to fees **SHALL** be filed no later than **September 20, 2018,** and

4  Defendant's opposing brief **SHALL** be filed no later than **December 7, 2018**.  Plaintiff's reply, if any,

5  **SHALL** be filed no later than **February 8, 2019.**  When filing the opening brief, the plaintiff **SHALL**

6  set the matter for hearing on **April 2, 2019 at 8:30 a.m.** before the Honorable Lawrence J. O'Neill,

7  United States District Court Judge, in Courtroom 4.

8         In the event the briefs cannot be written to maintain confidentiality of the information contained

9  in the administrative record, counsel may seek to have the briefs filed under seal according to the

10  procedures in Local Rule 141.

11  **V.     Discovery**

12         Based upon their agreement, the parties are excused from making the initial disclosures required

13  by Fed. R. Civ. P. 26(a)(1).

14         The parties may engage in discovery related to the lodestar. The defendant may conduct

15  discovery of the evidence relied upon in the opening brief and the plaintiff may do the same as to any

16  evidence relied upon in the opposition.

17  **VI.     Compliance with Federal Procedure**

18         All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure

19  and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any

20  amendments thereto.  The Court must insist upon compliance with these Rules if it is to efficiently

21  handle its increasing case load and sanctions will be imposed for failure to follow both the Federal

22  Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

23  **VII.     Effect of this Order**

24         The foregoing order represents the best estimate of the court and counsel as to the agenda most

25  suitable to dispose of this case.  The trial date reserved is specifically reserved for this case.  If the

26  parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered

27  to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by

28  subsequent status conference.

1    **The dates set in this order are firm and will not be modified absent a showing of good**

2    **cause even if the request to modify is made by stipulation.  Stipulations extending the deadlines**

3    **contained herein will not be considered unless they are accompanied by affidavits or declarations,**

4    **and where appropriate attached exhibits, which establish good cause for granting the relief**

5    **requested.**

6        Failure to comply with this order may result in the imposition of sanctions.

7

8    IT IS SO ORDERED.

9        Dated:   **August 16, 2018**             **/s/ Jennifer L. Thurston**

10                                           UNITED STATES MAGISTRATE JUDGE